**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000073
14-JUN-2022
07:48 AM
Dkt. 16 OAWST**

NO. CAAP-22-0000073

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A Christiana Trust,
not individually but as Trustee for Pretium
Mortgage Acquisition Trust, Plaintiff-Appellee, v.
MICHAEL KAI SUN KOP and SYLVIA UMEDA KOP, Defendants-Appellants,
and STATE OF HAWAIʻI DEPARTMENT OF TAXATION;
UNITED STATES OF AMERICA, Defendants-Appellees,
and DOES 1 through 20, Inclusive, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC191001518)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal, filed May 23, 2022, by Defendants-Appellants Michael Kai Sun Kop and Sylvia Umeda Kop, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs, under Hawaiʻi Rules of Appellate Procedure Rule 42(b); and (3)

the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, June 14, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge